# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
### EASTERN DIVISION

**WILLIE LEECH**                                                                                    **PETITIONER**

**v.**                                                                                    **No. 1:09CV55-A-D**

**WARDEN DANNY SCOTT, ET AL.**                                                                    **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the memorandum opinion issued today, the instant petition for a writ of *habeas corpus* is **DENIED**.

**SO ORDERED,** this the 14th day of July, 2010.

                                                     **/s/ Sharion Aycock**
                                                   **U.S. DISTRICT JUDGE**